FILED
CLERK, U.S. DISTRICT COURT
FEB 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL LUCY, | No. CV 07-4850 AG (CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| SOC. SEC., | |
| Defendant. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: FEB 4, 2010

ANDREW J. GUILFORD
United States District Judge